UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEDERICO, | ) 1:13-cv-00355-LJO-SAB |
| | ) |
| Plaintiff, | )   ORDER GRANTING |
| | ) STIPULATION TO CONTINUE |
| vs. | ) SCHEDULING CONFERENCE |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., and | ) |
| DOES 1- 10 inclusive, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Having considered the Stipulation to Continue Scheduling Conference and good cause appearing:

IT IS HEREBY ORDERED, that the scheduling conference currently on calendar as May 14, 2013 be continued to June 25, 2013 at 3:00 p.m.

IT IS SO ORDERED.

Dated:  **May 9, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1