UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEDERICO,<br><br>        Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 13-0355 LJO SAB<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 27.) |

    The Court, having read and considered the Stipulation For Dismissal of Action With Prejudice As To The Individual Claims of Larry Federico and Without Prejudice As To The Class Claims, hereby ORDERS as follows:

    1.    Plaintiff's individual claims brought in the above-entitled action, filed in the U.S.D.C., Eastern District of California, Case No. 1:13-cv-00355-LJO-SAB, are dismissed WITH PREJUDICE.

    2.    The putative class members' claims are dismissed WITHOUT PREJUDICE, resulting is dismissal of the entire action.

    3.    Each party shall bear its/his own attorney's fees and costs with respect to this dismissal.

1

1 | The clerk is directed to close this action.
2 |
3 | IT IS SO ORDERED.
4 | Dated:   **December 20, 2013**          **/s/ Lawrence J. O'Neill**
5 |                                         UNITED STATES DISTRICT JUDGE